**UNITED STATES of America,
Plaintiff, Appellant,**

v.

**ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTE-NANCES, AND IMPROVEMENTS, KNOWN AS 154 MANLEY ROAD, LO-CATED IN The TOWN OF BURRILL-VILLE, RHODE ISLAND, et al., Defendants, Appellees.**

No. 96–1170.

United States Court of Appeals,
First Circuit.

July 30,. 1996.

Sheldon Whitehouse, United States Attorney, and Michael P. Iannotti, Assistant United States Attorney, for appellant United States of America.

Ernest Barone, North Providence, RI, for appellees.

Before SELYA, CYR and BOUDIN, Circuit Judges.

PER CURIAM.

The government appeals from a decision of the district court dismissing its civil forfeiture claim as violative of the Double Jeopardy Clause of the Fifth Amendment. *United States v. 154 Manley Rd.*, 908 F.Supp. 1070, 1083 (D.R.I.1995). The parties agree, and we are likewise persuaded, that the judgment below must be vacated in light of the Supreme Court's recent decision in *United States v. Ursery*, —— U.S. ——, 116 S.Ct. 2135, 135 L.Ed.2d 549 (1996) (holding that in rem civil forfeitures under 21 U.S.C. § 881(a)(7) are neither "punishment" nor criminal for purposes of the Double Jeopardy Clause), and the case remanded for further proceedings. *See* Loc.R. 27.1.

*Vacated and remanded.*